# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CONRAD, GLEN E. | US DISTRICT COURT | 05/09/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| CHIEF US DISTRICT JUDGE (ACTIVE) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

210 FRANKLIN RD - ROOM 206
P O BOX 2822
ROANOKE, VA 24001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/09/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Regent University School of Law | February 11-12, 2011 | Virginia Beach, VA | judging moot court | meals and lodging expenses |
| 2. | College of William and Mary School of Law | February 18-19, 2011 | Williamsburg, VA | judging moot court | meals and lodging expenses |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/09/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. House Pulaski Co., VA (see Part VIII) | | None | M | Q | | | | | |
| 2. (40% int.) Dare County, NC (see Part VIII) | D | Rent | N | Q | | | | | |
| 3. Stamp collection | | None | L | W | | | | | |
| 4. Coin collection | | None | J | W | | | | | |
| 5. Abbott Laboratories CS | A | Dividend | K | T | | | | | |
| 6. Acutant Corp. CS | A | Dividend | | | Buy | 01/06/11 | J | | |
| 7. | | | | | Sold | 05/17/11 | J | | |
| 8. AFLAC, Inc. CS | A | Dividend | | | Sold | 04/13/11 | J | A | |
| 9. AGCO Corp. CS | A | Dividend | | | Sold | 06/16/11 | J | A | |
| 10. Ansys, Inc. CS | A | Dividend | J | T | Buy | 12/07/11 | J | | |
| 11. American Electric Power CS | B | Dividend | K | T | | | | | |
| 12. Arrow Electronics, Inc. CS | A | Dividend | | | Buy | 05/12/11 | J | | |
| 13. | | | | | Sold | 08/12/11 | J | | |
| 14. AT&T Corp. CS | B | Dividend | K | T | | | | | |
| 15. Bed Bath & Beyond, Inc. CS | A | Dividend | J | T | Buy | 11/07/11 | J | | |
| 16. Berkshire Hathaway, Inc. CS | A | Dividend | | | Sold | 05/11/11 | K | C | |
| 17. Celgene Corp. CS | A | Dividend | J | T | Buy | 11/16/11 | J | | |

1. Income Gain Codes:    A = $1,000 or less    B = $1,001 - $2,500    C = $2,501 - $5,000    D = $5,001 - $15,000    E = $15,001 - $50,000
(See Columns B1 and D4)    F = $50,001 - $100,000    G = $100,001 - $1,000,000    H1 = $1,000,001 - $5,000,000    H2 = More than $5,000,000
2. Value Codes    J = $15,000 or less    K = $15,001 - $50,000    L = $50,001 - $100,000    M = $100,001 - $250,000
(See Columns C1 and D3)    N = $250,001 - $500,000    O = $500,001 - $1,000,000    P1 = $1,000,001 - $5,000,000    P2 = $5,000,001 - $25,000,000
   P3 = $25,000,001 - $50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Century Link CS | A | Dividend | J | T | | | | | |
| 19. Cisco CS | A | Dividend | | | Sold | 03/23/11 | J | | |
| 20. Clinical Data, Inc. CS | A | Dividend | | | Sold | 04/14/11 | N | G | |
| 21. Coca-Cola Company CS | A | Dividend | J | T | Buy | 08/19/11 | J | | |
| 22. Cognizant Technology Solutions Corp. CS | A | Dividend | | | Sold | 05/26/11 | J | C | |
| 23. Comcast Corp. CS | A | Dividend | J | T | | | | | |
| 24. Companhia de Bebidas das Americas CS | A | Dividend | | | Sold | 02/09/11 | J | B | |
| 25. Conoco Phillips Corp. CS | B | Dividend | L | T | Buy (add'l) | 06/24/11 | J | | |
| 26. | | | | | Buy (add'l) | 09/27/11 | J | | |
| 27. Consolidated Edison, Inc. CS | A | Dividend | K | T | Buy | 09/13/11 | K | | |
| 28. CSX Corp. CS | A | Dividend | K | T | | | | | |
| 29. Chevron Texaco Corp. CS | C | Dividend | L | T | | | | | |
| 30. Darden Restaurants, Inc. CS | A | Dividend | J | T | Buy | 05/26/11 | J | | |
| 31. Dominion Resources CS | A | Dividend | J | T | | | | | |
| 32. Duke Energy Corp. CS | A | Dividend | J | T | Buy | 09/27/11 | J | | |
| 33. Ebix Inc. CS | A | Dividend | | | Buy | 03/23/11 | J | | |
| 34. | | | | | Sold | 09/14/11 | J | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J = $15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U = Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fairpoint (Verizon spin-off) CS | A | Dividend | J | T | | | | | |
| 36. Fedex Corp. CS | A | Dividend | J | T | | | | | |
| 37. First Opportunity Fund (mutual fund) (See Part VIII) | B | Dividend | K | T | | | | | |
| 38. Genesco, Inc. CS | A | Dividend | J | T | Buy | 10/19/11 | J | | |
| 39. MTB (tax free bond fund) | B | Dividend | M | T | | | | | |
| 40. MTB (tax free bond fund) (See Part VIII) | B | Dividend | L | T | | | | | |
| 41. Franklin VA Tax Free Income Fund | B | Dividend | M | T | | | | | |
| 42. Frontier Communications CS (See Part VIII) | A | Dividend | J | T | Spinoff (from line 81) | 01/01/11 | J | | |
| 43. Glaxo Smithkline CS | B | Dividend | K | T | | | | | |
| 44. Google, Inc. | A | Dividend | J | T | Buy | 01/28/11 | J | | |
| 45. Halozyme Therapeutic CS | A | Dividend | M | T | | | | | |
| 46. Hospira CS | | None | J | T | | | | | |
| 47. Intel Corp. CS | A | Dividend | J | T | | | | | |
| 48. Lubrizol Corp. CS | A | Dividend | | | Sold | 03/24/11 | K | D | |
| 49. Market Vectors CS | A | Dividend | J | T | Buy | 08/04/11 | J | | |
| 50. Meadwestvaco Corp. CS | A | Dividend | J | T | Buy | 05/11/11 | J | | |
| 51. MEDCO Health CS | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) <br><br> Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. McDonalds Corp. CS | A | Dividend | | | Sold | 01/20/11 | J | B | |
| 53. Medicis Pharmaceutical Corp. CS | A | Dividend | | | Sold | 11/16/11 | J | A | |
| 54. Merck & Co. Inc. CS | A | Dividend | J | T | | | | | |
| 55. JP Morgan Chase & Co. CS | A | Dividend | K | T | | | | | |
| 56. Northrop Grumman Corp. CS | A | Dividend | J | T | Buy | 06/22/11 | J | | |
| 57. Nu Skin Enterprises, Inc. CS | A | Dividend | K | T | | | | | |
| 58. Nuveen VA Prem Income Municipal Fund | A | Dividend | J | T | | | | | |
| 59. Pall Corp. CS | A | Dividend | | | Buy | 03/24/11 | J | | |
| 60. | | | | | Sold | 12/07/11 | J | | |
| 61. Parker-Hannifin Corp. CS | A | Dividend | | | Sold | 10/27/11 | J | A | |
| 62. Pfizer Inc. CS | A | Dividend | J | T | | | | | |
| 63. Quest Communications CS | A | Dividend | | | Merged (with line 18) | 04/01/11 | J | | |
| 64. Radware Limited CS | A | Dividend | | | Buy | 02/24/11 | J | | |
| 65. | | | | | Sold | 11/02/11 | J | | |
| 66. RGC Resources, Inc. CS | A | Dividend | K | T | Buy | 09/13/11 | K | | |
| 67. Ross Stores, Inc. CS | A | Dividend | | | Sold | 08/09/11 | J | C | |
| 68. Schwab Money Market Fund | A | Dividend | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | Scott & Stringfellow Money Market Fund | A | Dividend | K | T | | | | | |
| 70. | Scottrade Money Market Fund | A | Dividend | L | T | | | | | |
| 71. | SPDR Index Shares Emerging Latin America EFT | A | Dividend | | | Sold | 08/15/11 | K | D | |
| 72. | Suntrust Banks, Inc. CS | C | Dividend | K | T | | | | | |
| 73. | Telefonica SA CS | A | Dividend | K | T | | | | | |
| 74. | Texas Instruments CS | A | Dividend | | | Sold | 08/03/11 | J | A | |
| 75. | Toro Company CS | A | Dividend | | | Sold | 08/09/11 | J | | |
| 76. | Tractor Supply Co. CS | A | Dividend | | | Sold | 01/06/11 | K | D | |
| 77. | The Travelers Companies CS | A | Dividend | J | T | | | | | |
| 78. | Transocean Inc. CS | A | Dividend | | | Sold | 08/03/11 | J | A | |
| 79. | Tyco Invetnational, Ltd. CS | A | Dividend | J | T | Buy | 04/13/11 | J | | |
| 80. | Unilever CS | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 81. | Verizon Communications CS | B | Dividend | K | T | | | | | |
| 82. | Vodafone Group PLC CS | A | Dividend | J | T | Buy | 09/13/11 | J | | |
| 83. | Wells Fargo Bank (checking account)(See Part VIII) | A | Interest | L | T | | | | | |
| 84. | Wells Fargo CS | A | Dividend | J | T | | | | | |
| 85. | Whole Foods Market, Inc. CS | A | Dividend | J | T | Buy | 10/27/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| CONRAD, GLEN E. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Ziopharm Oncology, Inc. CS | A | Dividend | L | T | Buy | 01/24/11 | J | | |
| 87. | | | | | Buy (add'l) | 03/01/11 | K | | |
| 88. | | | | | Buy (add'l) | 03/04/11 | K | | |
| 89. | | | | | Buy (add'l) | 03/09/11 | K | | |
| 90. | | | | | Buy (add'l) | 06/07/11 | K | | |
| 91. | | | | | Buy (add'l) | 06/15/11 | J | | |
| 92. House, City of Radford, VA (see Part VIII) | | None | L | S | Open | 08/15/11 | L | | Estate |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 1 - appraisal date -May 2004

Part VII, Line 2 - appraisal date - September 1999

Part VII, Line 37 - First Opportunity Fund, formerly known as First Financial Fund Inc.

Part VII, Line 40 -

Part VII, Line 42 - spin off on July 1, 2010 was inadvertently omitted from 2010 report

Part VII, Line 83 - formerly Wachovia Bank -

Part VII, Line 92 - ; inherited through estate ; assessed for 2011 real estate tax purposes at $92,000

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ GLEN E. CONRAD**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544